UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Dennis Joseph Hadash,

Defendant.

Crim. No. 02-281 (PAM)

**ORDER**

---

Defendant Dennis Joseph Hadash is currently on supervision and has requested early termination. The United States Probation Office has no objection to the request and notes that Defendant has paid all monetary obligations and satisfied all conditions of supervision. Accordingly, **IT IS HEREBY ORDERED** that Defendant be discharged from supervision and that the proceedings in this case be terminated.

Dated: June 30, 2006

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge